UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAN WICKS,

       Plaintiff,

   v.

UNITED STATES OF AMERICAN et al.,,

       Defendant.

Case No. MS 05-5011 FDB

ORDER

     Plaintiff has filed a cause of action purporting among other things, that the Internal Revenue Service and the United States have unlawfully and vindictively prosecuted its tax collection activities against him. Plaintiff attaches what appears to be a complaint in excess of two hundred pages. The Court cannot discern the nature of Plaintiff's cause of action nor whether this Court has jurisdiction over this matter.

     ACCORDINGLY,

     IT IS ORDERED:

     (1)    By no later than June 20, 2005, Plaintiff shall file a pleading that sets forth her claim for relief that contains (a ) a short, plain statement on the grounds upon which the Court's jurisdiction depends; (b) a short plain statement of the claim showing that

ORDER - 1

1  Plaintiff is entitled to relief, and (c) a demand for judgment for the relief that Plaintiff
2  seeks.
3  (2) Failure to timely comply with this order may result in dismissal of this cause of action.

DATED this 3rd day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2