UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAN L. WICKS,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 05-MC-5011

ORDER OF DISMISSAL

On June 3, 2005, Plaintiff was ordered to provide the Court with a short, plain statement of his claim, the grounds upon which this Court's jurisdiction depends and a demand for judgment. The Court has now reviewed Plaintiff's response, but is unconvinced that it has subject matter jurisdiction over this action which is, in any event, inappropriately filed as a miscellaneous action.

Plaintiff seeks a criminal indictment against Defendants, demands that this Court *sua sponte* call "into being a Grand Jury of the District of Washington to determine probable cause against the actors complained of and praying a true bill will issue . . . ," and demands to make an "in person" appearance before that Grand Jury to offer evidence. Plaintiff has not satisfied the Court that it has jurisdiction over this matter.

ACCORDINGLY, IT IS ORDERED: This case is **DISMISSED**.

DATED this 10th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1